Florence H. Burns, Appellant, 
against
Scott Goodrich, Doing Business as SCOTT GOODRICH CONSTRUCTION CO., INC., Respondent.



Appeal from a judgment of the City Court of Middletown, Orange County (Robert F. Moson, J.), entered October 17, 2014. The judgment, after a nonjury trial, dismissed the action.




ORDERED that the judgment is affirmed, without costs.
Plaintiff commenced this small claims action to recover the sum of $1,000 for allegedly defective concrete work performed by defendant on her front steps and for damage to her storm door. After a nonjury trial, the City Court dismissed the action. In a small claims action, our review is limited to a determination of whether "substantial justice has . . . been done between the parties according to the rules and principles of substantive law" (UCCA 1807; see UCCA 1804; Ross v Friedman, 269 AD2d 584 [2000]; Williams v Roper, 269 AD2d 125, 126 [2000]).
We find that the City Court's determination is supported by the record and provided the parties with substantial justice (see UCCA 1804, 1807), as plaintiff failed to establish her alleged damages, either through an expert's testimony or pursuant to UCCA 1804. We note that a single estimate is insufficient (see UCCA 1804).
Accordingly, the judgment is affirmed.
Brands, J.P., Marano and Tolbert, JJ., concur.
Decision Date: November 15, 2016